UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NATIONWIDE JUDGMENT RECOVERY, INC.,**

    **Plaintiff,**

v.   Case No. 6:21-mc-80-CEM-EJK

**PELERGE PATEAU,**

    **Defendant.**
_____/

# ORDER

THIS CAUSE is before the Court on Plaintiff's first Renewed Consent Motion for Final Judgment of Garnishment (Doc. 29) and Plaintiff's second Renewed Consent Motion for Final Judgment of Garnishment (Doc. 30) (collectively, "the Motions"). The United States Magistrate Judge issued a Report and Recommendation (Doc. 31), recommending that the Motions be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 31) is **ADOPTED** and made a part of this Order.

2. The Renewed Consent Motion for Final Judgment of Garnishment (Doc. 29) is **GRANTED**.

3. The Renewed Consent Motion for Final Judgment of Garnishment (Doc. 30) is **GRANTED**.

4. The Clerk is directed to enter final garnishment judgment in favor of Nationwide Judgment Recovery, Inc. and against Bank of America, N.A. in the amount of $1,412.60 plus post judgment interest, payable to the attorney trust account of counsel Alison N. Emery.

5. The Clerk is directed to enter final garnishment judgment in favor of Nationwide Judgment Recovery, Inc. and against Addition Financial Credit Union in the amount of $1,882.75 plus post judgment interest, payable to the attorney trust account of counsel Alison N. Emery.

**DONE** and **ORDERED** in Orlando, Florida on August 10, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record